**Exhibit "1"**

| No | NoticeID | IP | Filehash |
|---|---|---|---|
| 1 | 46618150778 | 174.28.105.57 | 5751CE98F04430415A01C87835EA45CA2EC6B528 |
| 2 | 46618150780 | 174.28.105.57 | 5751CE98F04430415A01C87835EA45CA2EC6B528 |
| 3 | 46929042698 | 174.28.111.156 | 5354FA053CF66E12A7E75340773E7BCC0A8958F3 |
| 4 | 47753936344 | 174.28.113.244 | 361E64FD8050910967E544D03F34ED02CFAF3554 |
| 5 | 46725741044 | 174.28.126.229 | F32F95BCFF299CEE53EDBA25AB7E4D2342ADF7F4 |
| 6 | 46586066352 | 174.28.14.142 | E3860FE76D68B0D3916958AC1F1B562AFD2CF3D9 |
| 7 | 47173932154 | 174.28.166.147 | 42162DE90324F54E2DA20D6CF30A63C56DE0CE54 |
| 8 | 47183186328 | 174.28.227.23 | 42162DE90324F54E2DA20D6CF30A63C56DE0CE54 |
| 9 | 47184438104 | 174.28.227.23 | 42162DE90324F54E2DA20D6CF30A63C56DE0CE54 |
| 10 | 47223428958 | 174.28.250.248 | 42162DE90324F54E2DA20D6CF30A63C56DE0CE54 |
| 11 | 47227743890 | 174.28.250.248 | 42162DE90324F54E2DA20D6CF30A63C56DE0CE54 |
| 12 | 47899300184 | 174.28.3.94 | FE8EA7545B2D024A29B6C7B210474FB8F61C44DF |
| 13 | 47175319008 | 174.28.34.61 | FDF311D98FEEF161B0CFA0F95EFAE0238C5964F6 |
| 14 | 48218122728 | 174.28.66.69 | BC800CB12C76BEAEF9168DBA2EC8854A5BB3E709 |
| 15 | 48292594842 | 174.28.66.69 | 20D154CA4A99FFDEE7FC295908EBBA9C78081B41 |
| 16 | 47377019644 | 174.28.70.164 | 8DAD62629198ADAD2546094C89614C1AED473BB6 |
| 17 | 48012349068 | 174.28.77.106 | A4C6E02F53770A1EAA6BD4808D694E886A73169B |
| 18 | 47466431896 | 174.28.85.34 | 6845574531FE059A7D74024FFA56D894A2E7E1A7 |
| 19 | 46661024176 | 174.28.89.134 | 1C8C80763F6FEE2BB1AF7DB367D165E364F9D083 |
| 20 | 47293831476 | 209.181.112.60 | 0330BC6B8C68ECB14442CFA0834C2052E8B7A5EC |
| 21 | 46667080394 | 63.229.160.42 | B5DEA705D800842F24122534AE8C527A01B15E6E |
| 22 | 46833985840 | 65.102.99.15 | EEAD43E6FBCFFC02FAC5FDBB724586882FA18C3B |
| 23 | 46618508948 | 67.0.200.117 | A258B51CA52C8F8FC9C1FF0EEAEF1762F8E47649 |
| 24 | 47463170120 | 67.0.212.248 | 5A34A0081AD40CCA3038934FC8504B6C0FEC4FAA |
| 25 | 47115299052 | 67.0.247.38 | 949A75AD4DDFC81AB807F0A5D5172CD3E26ACD68 |
| 26 | 46759975930 | 67.0.49.124 | B5DEA705D800842F24122534AE8C527A01B15E6E |
| 27 | 47929934462 | 67.131.73.138 | 361E64FD8050910967E544D03F34ED02CFAF3554 |
| 28 | 47975112220 | 67.131.73.138 | 361E64FD8050910967E544D03F34ED02CFAF3554 |
| 29 | 48087955046 | 67.131.73.138 | 361E64FD8050910967E544D03F34ED02CFAF3554 |
| 30 | 47313823874 | 67.131.74.10 | 31F46C2898240E67A447F1A9EA684D766FA2112E |
| 31 | 47310460782 | 75.160.54.94 | 38970F3FAA789F4942D33E94C29CEC49D500A255 |
| 32 | 47321297882 | 75.160.54.94 | 38970F3FAA789F4942D33E94C29CEC49D500A255 |
| 33 | 46642389162 | 75.161.141.226 | 11548C4AB12EBE1D1CB002C58C4D73C6D4CD3C4D |
| 34 | 46702965792 | 75.161.145.149 | 42162DE90324F54E2DA20D6CF30A63C56DE0CE54 |
| 35 | 46934404456 | 75.161.16.39 | 602F74F527AE1844B3130AD0F0F19FD008EC01BD |
| 36 | 47106234434 | 75.161.194.192 | 949A75AD4DDFC81AB807F0A5D5172CD3E26ACD68 |
| 37 | 47110762486 | 75.161.194.192 | 949A75AD4DDFC81AB807F0A5D5172CD3E26ACD68 |
| 38 | 46846642010 | 75.161.195.162 | 8CB68EB69763D7711BBFAC3A7FB074A89649F21D |
| 39 | 47310069926 | 75.161.210.103 | F9F94AA150547B2FA857FEDEE0F57F472331E9CC |
| 40 | 47314803396 | 75.161.210.103 | F9F94AA150547B2FA857FEDEE0F57F472331E9CC |
| 41 | 46894967532 | 75.161.229.114 | 949A75AD4DDFC81AB807F0A5D5172CD3E26ACD68 |
| 42 | 46667085924 | 75.161.67.244 | F9F94AA150547B2FA857FEDEE0F57F472331E9CC |
| 43 | 46619903696 | 75.161.68.15 | 5751CE98F04430415A01C87835EA45CA2EC6B528 |
| 44 | 47206723882 | 97.123.101.225 | 953CABC3F410E8BCB262C5C0D8BEAC72B0644CDA |
| 45 | 46710886328 | 97.123.115.108 | F9F94AA150547B2FA857FEDEE0F57F472331E9CC |
| 46 | 46656504742 | 97.123.120.128 | 949A75AD4DDFC81AB807F0A5D5172CD3E26ACD68 |

| | | | |
|---:|---|---|---|
| 47 | 46784350094 | 97.123.122.230 | A4C6E02F53770A1EAA6BD4808D694E886A73169B |
| 48 | 47281984200 | 97.123.189.58 | EEAD43E6FBCFFC02FAC5FDBB724586882FA18C3B |
| 49 | 47461495624 | 97.123.92.202 | 949A75AD4DDFC81AB807F0A5D5172CD3E26ACD68 |

| No | NoticeID | IP | Filename |
|---|---|---|---|
| 1 | 46618150778 | 174.28.105.57 | [ OxTorrent.pe ] Redemption.Day.2021.FRENCH.BDRip.XviD-EXT |
| 2 | 46618150780 | 174.28.105.57 | [ OxTorrent.pe ] Redemption.Day.2021.FRENCH.BDRip.XviD-EXT |
| 3 | 46929042698 | 174.28.111.156 | [ OxTorrent.pe ] The.Hitmans.Wifes.Bodyguard.2021.FRENCH.H |
| 4 | 47753936344 | 174.28.113.244 | The.Hitmans.Wifes.Bodyguard.2021.HDRip.XviD-EVO |
| 5 | 46725741044 | 174.28.126.229 | The Hitmans Wife Bodyguard 2021 720p WEBRip x264  700MB |
| 6 | 46586066352 | 174.28.14.142 | The.Protege.2021.HDCAM.850MB.c1nem4.x264-SUNSCREEN[T |
| 7 | 47173932154 | 174.28.166.147 | Run Hide Fight (2020) [1080p] [BluRay] [5.1] [YTS.MX] |
| 8 | 47183186328 | 174.28.227.23 | Run Hide Fight (2020) [1080p] [BluRay] [5.1] [YTS.MX] |
| 9 | 47184438104 | 174.28.227.23 | Run Hide Fight (2020) [1080p] [BluRay] [5.1] [YTS.MX] |
| 10 | 47223428958 | 174.28.250.248 | Run Hide Fight (2020) [1080p] [BluRay] [5.1] [YTS.MX] |
| 11 | 47227743890 | 174.28.250.248 | Run Hide Fight (2020) [1080p] [BluRay] [5.1] [YTS.MX] |
| 12 | 47899300184 | 174.28.3.94 | The.Outpost.2020.720p.GPLAY.WEBRip.900MB.x264-GalaxyRG[ |
| 13 | 47175319008 | 174.28.34.61 | Hitmans.Wifes.Bodyguard.2021.720p.BluRay.x264-VETO[rarbg] |
| 14 | 48218122728 | 174.28.66.69 | Rambo.Last.Blood.2019.EXTENDED.720p.BluRay.x264.850MB-N |
| 15 | 48292594842 | 174.28.66.69 | Hellboy (2019) [WEBRip] [720p] [YTS.LT] |
| 16 | 47377019644 | 174.28.70.164 | The.Protege.2021.BDRip.x264-PiGNUS[rarbg] |
| 17 | 48012349068 | 174.28.77.106 | The.Protege.2021.WEBRip.x264-ION10 |
| 18 | 47466431896 | 174.28.85.34 | Jolt.2021.720p.WEB.H264-TIMECUT[rarbg] |
| 19 | 46661024176 | 174.28.89.134 | Run.Hide.Fight.2020.720p.HD.BluRay.x264.[MoviesFD] |
| 20 | 47293831476 | 209.181.112.60 | The.Hitmans.Wifes.Bodyguard.2021.EXTENDED.1080p.WEBRip. |
| 21 | 46667080394 | 63.229.160.42 | The Protege (2021) [REPACK] [720p] [WEBRip] [YTS.MX] |
| 22 | 46833985840 | 65.102.99.15 | The Hitmans Wifes Bodyguard (2021) [1080p] [WEBRip] [5.1] [Y |
| 23 | 46618508948 | 67.0.200.117 | Jolt (2021) [720p] [WEBRip] [YTS.MX] |
| 24 | 47463170120 | 67.0.212.248 | The.Seventh.Day.2021.720p.WEBRip.800MB.x264-GalaxyRG[TG |
| 25 | 47115299052 | 67.0.247.38 | The.Protege.2021.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 26 | 46759975930 | 67.0.49.124 | The Protege (2021) [REPACK] [720p] [WEBRip] [YTS.MX] |
| 27 | 47929934462 | 67.131.73.138 | The.Hitmans.Wifes.Bodyguard.2021.HDRip.XviD-EVO |
| 28 | 47975112220 | 67.131.73.138 | The.Hitmans.Wifes.Bodyguard.2021.HDRip.XviD-EVO |
| 29 | 48087955046 | 67.131.73.138 | The.Hitmans.Wifes.Bodyguard.2021.HDRip.XviD-EVO |
| 30 | 47313823874 | 67.131.74.10 | Rambo.Last.Blood.2019.720p.BluRay.x264-AAA[rarbg] |
| 31 | 47310460782 | 75.160.54.94 | The Expendables 3 (2014) [1080p] |
| 32 | 47321297882 | 75.160.54.94 | The Expendables 3 (2014) [1080p] |
| 33 | 46642389162 | 75.161.141.226 | The.Hitmans.Wifes.Bodyguard.2021.EXTENDED.WEBRip.XviD.M |
| 34 | 46702965792 | 75.161.145.149 | Run Hide Fight (2020) [1080p] [BluRay] [5.1] [YTS.MX] |
| 35 | 46934404456 | 75.161.16.39 | The.Hitmans.Wifes.Bodyguard.2021.THEATRICAL.2160p.BluRay |
| 36 | 47106234434 | 75.161.194.192 | The.Protege.2021.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 37 | 47110762486 | 75.161.194.192 | The.Protege.2021.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 38 | 46846642010 | 75.161.195.162 | All Eyez On Me (2017) [YTS.AG] |
| 39 | 47310069926 | 75.161.210.103 | The Protege (2021) [REPACK] [1080p] [WEBRip] [5.1] [YTS.MX] |
| 40 | 47314803396 | 75.161.210.103 | The Protege (2021) [REPACK] [1080p] [WEBRip] [5.1] [YTS.MX] |
| 41 | 46894967532 | 75.161.229.114 | The.Protege.2021.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 42 | 46667085924 | 75.161.67.244 | The Protege (2021) [REPACK] [1080p] [WEBRip] [5.1] [YTS.MX] |
| 43 | 46619903696 | 75.161.68.15 | [ OxTorrent.pe ] Redemption.Day.2021.FRENCH.BDRip.XviD-EXT |
| 44 | 47206723882 | 97.123.101.225 | The.Hitmans.Wifes.Bodyguard.2021.EXTENDED.1080p.WEBRip. |
| 45 | 46710886328 | 97.123.115.108 | The Protege (2021) [REPACK] [1080p] [WEBRip] [5.1] [YTS.MX] |
| 46 | 46656504742 | 97.123.120.128 | The.Protege.2021.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |

| | | | |
|---:|---|---|---|
| 47 | 46784350094 | 97.123.122.230 | The.Protege.2021.WEBRip.x264-ION10 |
| 48 | 47281984200 | 97.123.189.58 | The Hitmans Wifes Bodyguard (2021) [1080p] [WEBRip] [5.1] [Y |
| 49 | 47461495624 | 97.123.92.202 | The.Protege.2021.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |

| No | NoticeID | IP | Title | ClientPort |
|---:|---|---|---|---:|
| 1 | 46618150778 | 174.28.105.57 | Redemption Day | 7872 |
| 2 | 46618150780 | 174.28.105.57 | Redemption Day | 33518 |
| 3 | 46929042698 | 174.28.111.156 | The Hitmans Wifes Bodyguard | 31641 |
| 4 | 47753936344 | 174.28.113.244 | The Hitmans Wifes Bodyguard | 13286 |
| 5 | 46725741044 | 174.28.126.229 | The Hitmans Wifes Bodyguard | 44304 |
| 6 | 46586066352 | 174.28.14.142 | The Protege | 57011 |
| 7 | 47173932154 | 174.28.166.147 | Run Hide Fight | 61807 |
| 8 | 47183186328 | 174.28.227.23 | Run Hide Fight | 50995 |
| 9 | 47184438104 | 174.28.227.23 | Run Hide Fight | 55108 |
| 10 | 47223428958 | 174.28.250.248 | Run Hide Fight | 56181 |
| 11 | 47227743890 | 174.28.250.248 | Run Hide Fight | 61554 |
| 12 | 47899300184 | 174.28.3.94 | The Outpost | 55029 |
| 13 | 47175319008 | 174.28.34.61 | The Hitmans Wifes Bodyguard | 61626 |
| 14 | 48218122728 | 174.28.66.69 | Rambo: Last Blood | 57868 |
| 15 | 48292594842 | 174.28.66.69 | Hellboy | 10815 |
| 16 | 47377019644 | 174.28.70.164 | The Protege | 50321 |
| 17 | 48012349068 | 174.28.77.106 | The Protege | 50321 |
| 18 | 47466431896 | 174.28.85.34 | Jolt | 38289 |
| 19 | 46661024176 | 174.28.89.134 | Run Hide Fight | 54575 |
| 20 | 47293831476 | 209.181.112.60 | The Hitmans Wifes Bodyguard | 32892 |
| 21 | 46667080394 | 63.229.160.42 | The Protege | 58152 |
| 22 | 46833985840 | 65.102.99.15 | The Hitmans Wifes Bodyguard | 43233 |
| 23 | 46618508948 | 67.0.200.117 | Jolt | 50127 |
| 24 | 47463170120 | 67.0.212.248 | The Seventh Day | 54359 |
| 25 | 47115299052 | 67.0.247.38 | The Protege | 50017 |
| 26 | 46759975930 | 67.0.49.124 | The Protege | 40333 |
| 27 | 47929934462 | 67.131.73.138 | The Hitmans Wifes Bodyguard | 58035 |
| 28 | 47975112220 | 67.131.73.138 | The Hitmans Wifes Bodyguard | 61517 |
| 29 | 48087955046 | 67.131.73.138 | The Hitmans Wifes Bodyguard | 62902 |
| 30 | 47313823874 | 67.131.74.10 | Rambo: Last Blood | 28358 |
| 31 | 47310460782 | 75.160.54.94 | The Expendables 3 | 57643 |
| 32 | 47321297882 | 75.160.54.94 | The Expendables 3 | 33177 |
| 33 | 46642389162 | 75.161.141.226 | The Hitmans Wifes Bodyguard | 50321 |
| 34 | 46702965792 | 75.161.145.149 | Run Hide Fight | 12494 |
| 35 | 46934404456 | 75.161.16.39 | The Hitmans Wifes Bodyguard | 47477 |
| 36 | 47106234434 | 75.161.194.192 | The Protege | 46605 |
| 37 | 47110762486 | 75.161.194.192 | The Protege | 40337 |
| 38 | 46846642010 | 75.161.195.162 | All Eyez on Me | 52809 |
| 39 | 47310069926 | 75.161.210.103 | The Protege | 64350 |
| 40 | 47314803396 | 75.161.210.103 | The Protege | 65238 |
| 41 | 46894967532 | 75.161.229.114 | The Protege | 38177 |
| 42 | 46667085924 | 75.161.67.244 | The Protege | 64470 |
| 43 | 46619903696 | 75.161.68.15 | Redemption Day | 33518 |
| 44 | 47206723882 | 97.123.101.225 | The Hitmans Wifes Bodyguard | 43135 |
| 45 | 46710886328 | 97.123.115.108 | The Protege | 6881 |
| 46 | 46656504742 | 97.123.120.128 | The Protege | 47236 |

| | | | | |
|---:|---|---|---|---:|
| 47 | 46784350094 | 97.123.122.230 | The Protege | 43179 |
| 48 | 47281984200 | 97.123.189.58 | The Hitmans Wifes Bodyguard | 49500 |
| 49 | 47461495624 | 97.123.92.202 | The Protege | 6881 |

| No | NoticeID | IP | Hit Date (UTC) |
|---:|---|---|---|
| 1 | 46618150778 | 174.28.105.57 | 2021-08-26 22:28:10 |
| 2 | 46618150780 | 174.28.105.57 | 2021-08-27 00:08:37 |
| 3 | 46929042698 | 174.28.111.156 | 2021-09-19 18:11:53 |
| 4 | 47753936344 | 174.28.113.244 | 2021-12-04 13:31:46 |
| 5 | 46725741044 | 174.28.126.229 | 2021-09-03 03:57:29 |
| 6 | 46586066352 | 174.28.14.142 | 2021-08-22 23:54:38 |
| 7 | 47173932154 | 174.28.166.147 | 2021-10-10 02:03:14 |
| 8 | 47183186328 | 174.28.227.23 | 2021-10-10 22:10:07 |
| 9 | 47184438104 | 174.28.227.23 | 2021-10-11 00:12:05 |
| 10 | 47223428958 | 174.28.250.248 | 2021-10-14 17:14:30 |
| 11 | 47227743890 | 174.28.250.248 | 2021-10-15 01:32:17 |
| 12 | 47899300184 | 174.28.3.94 | 2021-12-19 13:52:29 |
| 13 | 47175319008 | 174.28.34.61 | 2021-10-10 04:31:42 |
| 14 | 48218122728 | 174.28.66.69 | 2022-01-25 09:07:58 |
| 15 | 48292594842 | 174.28.66.69 | 2022-02-02 14:02:26 |
| 16 | 47377019644 | 174.28.70.164 | 2021-10-28 17:30:40 |
| 17 | 48012349068 | 174.28.77.106 | 2022-01-01 06:19:26 |
| 18 | 47466431896 | 174.28.85.34 | 2021-11-06 15:06:29 |
| 19 | 46661024176 | 174.28.89.134 | 2021-08-29 22:33:20 |
| 20 | 47293831476 | 209.181.112.60 | 2021-10-20 23:59:19 |
| 21 | 46667080394 | 63.229.160.42 | 2021-08-30 13:24:21 |
| 22 | 46833985840 | 65.102.99.15 | 2021-09-12 05:33:06 |
| 23 | 46618508948 | 67.0.200.117 | 2021-08-26 22:33:16 |
| 24 | 47463170120 | 67.0.212.248 | 2021-11-06 07:00:39 |
| 25 | 47115299052 | 67.0.247.38 | 2021-10-04 16:26:46 |
| 26 | 46759975930 | 67.0.49.124 | 2021-09-06 16:18:45 |
| 27 | 47929934462 | 67.131.73.138 | 2021-12-23 01:59:29 |
| 28 | 47975112220 | 67.131.73.138 | 2021-12-28 05:47:08 |
| 29 | 48087955046 | 67.131.73.138 | 2022-01-09 20:32:31 |
| 30 | 47313823874 | 67.131.74.10 | 2021-10-23 00:28:00 |
| 31 | 47310460782 | 75.160.54.94 | 2021-10-22 14:56:35 |
| 32 | 47321297882 | 75.160.54.94 | 2021-10-23 13:53:02 |
| 33 | 46642389162 | 75.161.141.226 | 2021-08-29 03:01:57 |
| 34 | 46702965792 | 75.161.145.149 | 2021-09-02 00:25:15 |
| 35 | 46934404456 | 75.161.16.39 | 2021-09-20 05:21:32 |
| 36 | 47106234434 | 75.161.194.192 | 2021-10-03 22:03:53 |
| 37 | 47110762486 | 75.161.194.192 | 2021-10-04 05:52:34 |
| 38 | 46846642010 | 75.161.195.162 | 2021-09-13 05:37:52 |
| 39 | 47310069926 | 75.161.210.103 | 2021-10-22 18:08:47 |
| 40 | 47314803396 | 75.161.210.103 | 2021-10-23 00:55:30 |
| 41 | 46894967532 | 75.161.229.114 | 2021-09-17 00:48:46 |
| 42 | 46667085924 | 75.161.67.244 | 2021-08-28 02:51:12 |
| 43 | 46619903696 | 75.161.68.15 | 2021-08-27 04:26:32 |
| 44 | 47206723882 | 97.123.101.225 | 2021-10-13 03:23:41 |
| 45 | 46710886328 | 97.123.115.108 | 2021-09-02 23:13:40 |
| 46 | 46656504742 | 97.123.120.128 | 2021-08-28 00:33:14 |

| | | | |
|---:|---|---|---|
| 47 | 46784350094 | 97.123.122.230 | 2021-09-08 06:14:01 |
| 48 | 47281984200 | 97.123.189.58 | 2021-10-19 22:48:20 |
| 49 | 47461495624 | 97.123.92.202 | 2021-11-06 03:03:07 |